■ In the Matter of NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, BUFFALO BRANCH, et al., Appellants, v. EDWARD J. MAHONEY et al., as Commissioners of Elections Constituting the Board of Elections in

the County of Erie, Respondents.    Appeal No. 2.— Judgment unanimously reversed, on the law, without costs, and judgment entered in accordance with memorandum, *Matter of Goldfarb* v. *Mahoney* (44 A D 2d 752, decided herewith).    (Appeal from judgment of Erie Special Term in article 78 proceeding.)    Present— Marsh, P. J., Witmer, Mahoney, Goldman and Del Vecchio, JJ.

